No. 1377. WECHSLER ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS dissents. *David I. Shapiro, George Kaufmann, Frank F. Flegal, E. Waller Dudley, Philip F. Herrick, Raymond W. Bergan, Thomas R. Dyson,* and *LeRoy E. Batchelor* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 900, Misc. BLEDSOE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *James H. Kline,* Deputy Attorney General, for respondent.

No. 921, Misc. BLACKSTONE v. OLIVER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, and *Edward A. Hinz, Jr.,* and *Daniel J. Kremer,* Deputy Attorneys General, for respondents.

No. 928, Misc. JACKSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 929, Misc. BLAIR ET AL. v. BELL, CHIEF JUSTICE, COURT OF CIVIL APPEALS, ET AL. Sup. Ct. Tex. Certiorari denied. *Orville A. Harlan* for petitioners. *Crawford C. Martin,* Attorney General of Texas, and *Howard M. Fender,* Assistant Attorney General, for respondents.

No. 1191, Misc. JACKSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.